

COURT OF APPEALS FOR THE
FIRST DISTRICT OF TEXAS AT HOUSTON

**ORDER ON MOTION**

Cause Number:      01-14-00957-CR

Trial Court Cause
Number:      1404642

Style:      Richard Rene Rivera

      **v.** The State of Texas

Date motion filed[*]:      January 20, 2016

Type of motion:      Motion to Reset Oral Argument

Party filing motion:      State

Document to be filed:

Is appeal accelerated? ☐ YES    ☒ NO

Ordered that motion is:

    ☒ Granted

        If document is to be filed, document due:

        ☐ Absent extraordinary circumstances, the Court will not grant additional motions to extend time

    ☐ Denied

    ☐ Dismissed (*e.g.*, want of jurisdiction, moot)

    ☐ Other: _____

    Oral argument is reset for Wednesday, February 10, 2016, at 1:30 P.M.

Judge's signature: /s**/** Evelyn V. Keyes
        ☒ Acting individually    ☐ Acting for the Court

Panel consists of    Jennings, Keyes, Bland

Date: January 20, 2016